**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    Chapter 13

    Bankruptcy No. 16-17018-AMC

JOHN WIKIERA, JR
DAWN WIKIERA
3627 almond street

Philadelphia, PA 19134

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JOHN WIKIERA, JR
    DAWN WIKIERA
    3627 almond street

    Philadelphia, PA 19134

Counsel for debtor(s), by electronic notice only.

    BRIAN C EVES ESQ
    P.O. BOX 0713

    NEW HOPE, PA 18968-0713

Date: 12/29/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee