# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-17018-AMC

JOHN WIKIERA, JR
DAWN WIKIERA
3627 almond street

Philadelphia, PA 19134

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JOHN WIKIERA, JR
    DAWN WIKIERA
    3627 almond street

    Philadelphia, PA 19134

**Counsel for debtor(s), by electronic notice only.**
    BRIAN C EVES ESQ
    P.O. BOX 0713

    NEW HOPE, PA 18968-0713

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

        /s/ William C. Miller

Date: 1/26/2017

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee