Case 16-17018-amc    Doc 40    Filed 04/11/17    Entered 04/12/17 15:55:57    Desc Main
Document      Page 1 of 3

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN WIKIERA, JR         Chapter 13
DAWN WIKIERA

       Debtor        Bankruptcy No. 16-17018-AMC

**Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List**

**AND NOW**, this _11th_ day of _April_, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRIAN C EVES ESQ
P.O. BOX 0713

NEW HOPE, PA 18968-0713

Debtor:
JOHN WIKIERA, JR
DAWN WIKIERA
3627 almond street

Philadelphia, PA 19134