United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-17018-amc
John Wikiera, Jr.                                                     Chapter 13
Dawn Wikiera
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 1            Date Rcvd: Apr 12, 2017
                              Form ID: pdf900            Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2017.
db/jdb         +John Wikiera, Jr.,    Dawn Wikiera,    3627 Almond Street,    Philadelphia, PA 19134-5516
13802617       +KML LAW GROUP,    701 MARKET STREET,    BNY MELLON INDEPENDENCE CENTER,    SUITE 5000,
                 Philadelphia, PA 19106-1541
13817945       +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
13802620        Select Portfolio Servicing,    po box 65250,    salt lake city, UT 84165-0250
13802615       +cape may urgent care,    900 route 109,    cape may, NJ 08204-5259
13802616       +judith mcfadden,    3386 memphis street,    philadelphia, PA 19134-4510
13802618       +louis van de beek md,    2020 e allegheny ave,    philadelphia, PA 19134-3817
13802619        quest diagnostics,    po box 740775,    cincinnati, OH 45274-0775
13802621        visa,   po box 60578,    los angeles, CA 90060-0578

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Apr 13 2017 01:16:27     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 13 2017 01:16:01
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 13 2017 01:16:14     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13842793        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 13 2017 01:11:21
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Syndicated,
                 Office Systems, Inc.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13890419        E-mail/Text: bankruptcy@phila.gov Apr 13 2017 01:16:27     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13872380*       Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2017 at the address(es) listed below:
              BRIAN C. EVES    on behalf of Debtor John  Wikiera, Jr. BrianEvesLaw@gmail.com
              BRIAN C. EVES    on behalf of Joint Debtor Dawn  Wikiera BrianEvesLaw@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,
               in trust for registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 6

Case 16-17018-amc    Doc 41    Filed 04/14/17    Entered 04/15/17 01:05:22    Desc Imaged
Certificate of Notice    Page 2 of 4

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN WIKIERA, JR  
DAWN WIKIERA

Chapter 13

Debtor    Bankruptcy No. 16-17018-AMC

**Order Dismissing Chapter 13 Case and  
Directing Counsel to File Master Mailing List**

**AND NOW**, this _11th_ day of _April_, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____  
Ashely M. Chan  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
BRIAN C EVES ESQ  
P.O. BOX 0713

NEW HOPE, PA 18968-0713

Debtor:  
JOHN WIKIERA, JR  
DAWN WIKIERA  
3627 almond street

Philadelphia, PA 19134

Case 16-17018-amc    Doc 41    Filed 04/14/17    Entered 04/15/17 01:05:22    Desc Imaged
Certificate of Notice    Page 4 of 4